**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | PHILIP G. MCILHENNY | : | CHAPTER 13 |
| | ANITA J. MCILHENNY | : | NO. 10-19941JKF |

**PRAECIPE TO WITHDRAW REPLY TO MOTION FOR RELIEF**

Kindly withdraw the Reply to Motion for Relief from Automatic Stay, docketed as document #60, filed in the above-captioned.

Dated:    8/25/2016

/s/ Daniel P. Mudrick
Daniel P. Mudrick, Esquire
Attorney for Debtors
One West First Avenue, Suite 101
Conshohocken, PA 19428
(610) 832-0100