# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Philip G. McIlhenny<br>Anita J. McIlhenny<br>Debtors | CHAPTER 13 |
| Residential Mortgage Loan Trust 2013-TT2, by U.S. Bank National Association, not in its individual capacity, but solely as Legal Title Trustee<br>Movant<br>vs. | NO. 10-19941 JKF |
| Philip G. McIlhenny<br>Anita J. McIlhenny<br>Debtors | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq.<br>Trustee | |

## ORDER

AND NOW, this 14th day of September, 2016 at Philadelphia, upon failure of Debtors and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1931 West Point Pike, Township Of Gwynedd, PA 19446 ("Property) as to Movant, its successors or assignees.

_____
United States Bankruptcy Judge.

Philip G. McIlhenny
1931 West Point Pike
West Point, PA 19486

Anita J. McIlhenny
1931 West Point Pike
West Point, PA 19486

DANIEL P. MUDRICK ESQUIRE
One West First Avenue
Suite 101
Conshohocken, PA 19428-6800

William C. Miller Esq.
111 S. Independence Mall (VIA ECF)
Suite 583
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532