United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                      Case No. 10-19941-jkf
Philip G. McIlhenny                                         Chapter 13
Anita J. McIlhenny
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Randi              Page 1 of 2            Date Rcvd: Sep 16, 2016
                              Form ID: 138NEW          Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2016.
```
db/jdb         Philip G. McIlhenny,    Anita J. McIlhenny,    1931 West Point Pike,    West Point, PA  19486
cr            +Wells Fargo Bank, NA,    c/o Rosicki, Rosicki & Associates, P.C.,    51 East Bethpage Road,
               Plainview, NY 11803-4224
12223639      ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
              (address filed with court: NCO FINANCIAL SYSTEMS,    P.O. BOX 7216,    Philadelphia, PA  19101)
12223638      +McCabe, Weisberg & Conway,    123 S. Broad Street - Suite 2080,    Philadelphia, PA 19109-1031
12223640      +OXFORD COLLECTION AGENCY,    135 MAXESS ROAD,    MELVILLE, NY 11747-3801
12225062      +Onyx Acceptance Corp (Serviced by Capital One Auto,    P.O. Box 201347,
               Arlington, TX 76006-1347
13544755      +Seneca Mortgage Servicing LLC,    611 Jamison Road,    Elma NY 14059-9392
12284483      +Wells Fargo Bank, N.A.,    c/o Andrew Goldberg, Esquire,    51 E. Bethpage Road,
               Plainville, NY 11803-4224
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Sep 17 2016 02:08:55     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 17 2016 02:07:35
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 17 2016 02:08:41     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 17 2016 02:03:56     Onyx Acceptance Corp,
               c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
12461673      +E-mail/Text: EBNProcessing@afni.com Sep 17 2016 02:08:20     Afni, Inc.,    PO BOX 3667,
               Bloomington, IL 61702-3667
12223636      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Sep 17 2016 02:04:43
               CAPITAL ONE AUTO FINANCE,    3905 DALLAS PARKWAY,     DALLAS, TX 75093-7892
12223637       E-mail/Text: bankruptcynotice@franklincredit.com Sep 17 2016 02:07:13
               Franklin Credit Management Corporation,    P.O. Box 5147,    Carol Stream, IL 60197-5147
12250849      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 17 2016 02:03:15
               Onyx Acceptance Corp, c/o Ascension Capital Group,    P.O. Box 201347,
               Arlington, TX 76006-1347
12223641       E-mail/Text: bkrpt@retrievalmasters.com Sep 17 2016 02:08:10
               RETRIEVAL MASTERS CREDIT BUREAU,    2269 SAW MILL RIVER ROAD,    ELMSFORD, NY  10523-3832
13278541       E-mail/Text: bankruptcynotice@franklincredit.com Sep 17 2016 02:07:13
               Residential Mortgage Loan Trust 2013-TT2,    Franklin Credit Management Corporation,
               PO Box 2301,    Jersey City, NJ 07303-2301
12775090      +E-mail/Text: bankruptcynotice@franklincredit.com Sep 17 2016 02:07:13
               Wells Fargo Bank as cert trustee not,    in individual capacity but solely as crt,
               trustee in trst registered Holders VNT,    Series 2010-2 c/o Franklin Cred Mngt Crp,
               101 Hudson Street 25th Floor,    Jersey City, NJ 07302-3915
12283510       E-mail/Text: bankruptcynotice@franklincredit.com Sep 17 2016 02:07:13
               Wells Fargo Bank, N.A., as certificate trustee,    c/o Franklin Credit,
               Management Corporation,    P.O. Box 2301,    Jersey City, NJ 07303-2301
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            Franklin Credit Management  Corporation,    PO Box 5147,    Carol Stream, IL  60197-5147
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Randi              Page 2 of 2              Date Rcvd: Sep 16, 2016
                              Form ID: 138NEW          Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Residential Mortgage Loan Trust
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    Residential Mortgage Loan Trust et al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DANIEL P. MUDRICK    on behalf of Debtor Philip G. McIlhenny dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              DANIEL P. MUDRICK    on behalf of Joint Debtor Anita J. McIlhenny dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Residential Mortgage Loan Trust et al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KERI P EBECK    on behalf of Creditor    Wells Fargo Bank, NA kebeck@weltman.com,
               jbluemle@weltman.com
              KERI P EBECK    on behalf of Creditor    Residential Mortgage Loan Trust kebeck@weltman.com,
               jbluemle@weltman.com
              ROBERT PETER SALTZMAN    on behalf of Creditor    Wells Fargo Bank, NA edpa@pbslaw.org,
               edpa@pbslaw.org
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Philip G. McIlhenny and Anita J. McIlhenny

    Debtor(s)

Bankruptcy No: 10−19941−jkf

Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 9/16/16