United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 10-19941-jkf
Philip G. McIlhenny                                                       Chapter 13
Anita J. McIlhenny
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett            Page 1 of 1           Date Rcvd: Sep 16, 2016
                               Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2016.
db/jdb          Philip G. McIlhenny,    Anita J. McIlhenny,    1931 West Point Pike,    West Point, PA  19486

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Residential Mortgage Loan Trust et al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    Residential Mortgage Loan Trust
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DANIEL P. MUDRICK    on behalf of Joint Debtor Anita J. McIlhenny dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              DANIEL P. MUDRICK    on behalf of Debtor Philip G. McIlhenny dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Residential Mortgage Loan Trust et al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KERI P EBECK    on behalf of Creditor    Wells Fargo Bank, NA kebeck@weltman.com,
               jbluemle@weltman.com
              KERI P EBECK    on behalf of Creditor    Residential Mortgage Loan Trust kebeck@weltman.com,
               jbluemle@weltman.com
              ROBERT PETER SALTZMAN    on behalf of Creditor    Wells Fargo Bank, NA edpa@pbslaw.org,
               edpa@pbslaw.org
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Philip G. McIlhenny<br>Anita J. McIlhenny<br>　　　　　Debtors | CHAPTER 13 |
| Residential Mortgage Loan Trust 2013-TT2, by U.S. Bank National Association, not in its individual capacity, but solely as Legal Title Trustee<br>　　　　　Movant<br>vs. | NO. 10-19941 JKF |
| Philip G. McIlhenny<br>Anita J. McIlhenny<br>　　　　　Debtors | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq.<br>　　　　　Trustee | |

## ORDER

AND NOW, this 14th day of September, 2016 at Philadelphia, upon failure of Debtors and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1931 West Point Pike, Township Of Gwynedd, PA 19446 ("Property), as to Movant, its successors or assignees.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

Philip G. McIlhenny
1931 West Point Pike
West Point, PA 19486

Anita J. McIlhenny
1931 West Point Pike
West Point, PA 19486

DANIEL P. MUDRICK ESQUIRE
One West First Avenue
Suite 101
Conshohocken, PA 19428-6800

William C. Miller Esq.
111 S. Independence Mall (VIA ECF)
Suite 583
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532