United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Philip G. McIlhenny  
Anita J. McIlhenny  
    Debtors

Case No. 10-19941-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Nov 01, 2016  
                   Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2016.  
db/jdb      Philip G. McIlhenny,    Anita J. McIlhenny,    1931 West Point Pike,    West Point, PA 19486

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2016                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2016 at the address(es) listed below:

         ANDREW F GORNALL    on behalf of Creditor    Residential Mortgage Loan Trust et al...  
          agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         ANDREW F GORNALL    on behalf of Creditor    Residential Mortgage Loan Trust  
          agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         DANIEL P. MUDRICK    on behalf of Joint Debtor Anita J. McIlhenny dpmudrick@verizon.net,  
          G30229@notify.cincompass.com  
         DANIEL P. MUDRICK    on behalf of Debtor Philip G. McIlhenny dpmudrick@verizon.net,  
          G30229@notify.cincompass.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Residential Mortgage Loan Trust et al...  
          bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         KERI P EBECK    on behalf of Creditor    Wells Fargo Bank, NA kebeck@weltman.com,  
          jbluemle@weltman.com  
         KERI P EBECK    on behalf of Creditor    Residential Mortgage Loan Trust kebeck@weltman.com,  
          jbluemle@weltman.com  
         ROBERT PETER SALTZMAN    on behalf of Creditor    Wells Fargo Bank, NA edpa@pbslaw.org,  
          edpa@pbslaw.org  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                           TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Philip G. McIlhenny and Anita J. McIlhenny                             : Case No. 10–19941–jkf

    Debtor(s)

### *ORDER*
_____

    AND NOW, this day , November 1, 2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court